## 59759. RICHARDSON v. THE STATE.

SOGNIER, Judge.
Affirmed in accordance with Court of Appeals Rule 36.
*Judgment affirmed. Deen, C. J., and Birdsong, J., concur.*

ARGUED APRIL 8, 1980 — DECIDED JUNE 10, 1980 —

*James A. Elkins, Jr.,* for appellant.
*William J. Smith, Jr., District Attorney, Douglas C. Pullen, Assistant District Attorney,* for appellee.